UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

WILLIAM T. VAMPLEW
SUE C. VAMPLEW

Chapter 7
Case No. 08-67338-TJT
Hon: Thomas J. Tucker

Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $1.33, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | Office of the Wayne County Treasurer<br>400 Monroe; Ste. 520<br>Detroit, MI 48226 | $1.33 |
| | **TOTAL:** | **$1.33** |

Dated: 12/14/09

/s/ Stuart A. Gold
Stuart A. Gold, Trustee
24901 Northwestern Hwy., Ste 444
Southfield, MI 48075-2223
(248) 350-8220
stuart.gold@7trustee.net